June 30, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

PHILLIPS DEVELOPMENT & REALTY, LLC, Appellant

NO. 14-14-00858-CV                                    V.

LJA ENGINEERING, INC., F/K/A LJA ENGINEERING & SURVEYING, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, LJA Engineering, Inc., f/k/a LJA Engineering & Surveying, Inc., signed, October 7, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Phillips Development & Realty, LLC, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.